UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-22120-CIV-MARTINEZ-OTAZO-REYES

LUXOTTICA GROUP S.p.A., an
Italian corporation,

      Plaintiff,

vs.

L&L WINGS, INC., a foreign corporation,
and SHAUL LEVY, individually,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

A confidential settlement has been reached between Plaintiff Luxottica Group S.p.A. and Defendants L&L Wings, Inc. and Shaul Levy with respect to the above-captioned lawsuit. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the dismissal of Plaintiff's claims against the Defendants with prejudice, with each party to bear their own attorneys' fees and costs associated with the dismissal of these claims.

Dated: July 29, 2019.

Respectfully submitted,

| | |
|---|---|
| By: /s/ David B. Rosemberg | By: /s/ Laurence S. Litow |
| David B. Rosemberg, P.A. | Laurence S. Litow, Esq. |
| david@rosemberglaw.com | lslitow@burr.com |
| ROSEMBERG LAW | BURR & FORMAN LLP |
| 20200 W. Dixie Hwy., Ste. 602 | 350 East Las Olas Boulevard, Ste. 1440 |
| Aventura, Florida 33180 | Ft. Lauderdale, Florida 33301 |
| Telephone: 305.602.2008 | Telephone: 954.414.6200 |
| Facsimile:  305.602.0225 | Facsimile: 954.337.3710 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

4842-6647-9005, v. 1