UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **19-22120-CIV-MARTINEZ-OTAZO-REYES**

LUXOTTICA GROUP S.p.A., an Italian
corporation,

    Plaintiff,

vs.

L&L WINGS, INC., a foreign corporation,
and SHAUL LEVY, individually,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 17]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees and costs associated with the dismissal of these claims. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of July, 2019.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record